Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
VA 1-931-778

**Effective date of registration:**
June 6, 2014

## Title

**Title of Work:** Plant These to Help Save Bees - Updated Version

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** May 1, 2014 **Nation of 1st Publication:** Netherlands

## Author

- **Author:** Hannah Mae Rosengren

**Author Created:** 2-D artwork

**Citizen of:** United States

**Year Born:** 1990

## Copyright claimant

**Copyright Claimant:** Hannah Mae Rosengren

P.O. Box 2712, South Portland, ME, 04116, United States

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork

**Previous registration and year:** VAu 1-166-900 2013

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Name:** Hannah Mae Rosengren

**Email:** hannahrosengren@gmail.com **Telephone:** 207-756-0018

## Certification

**Name:** Hannah Mae Rosengren

**Date:** June 6, 2014


PLANT THESE
HERBS
LAVENDER
CATMINT
SAGE
CILANTRO
THYME
FENNEL
BORAGE
PERENNIALS
CROCUS
BUTTERCUP
ASTER
HOLLYHOCKS
ANEMONE
SNOWDROPS
GERANIUM
ANNUALS
CALENDULA
SWEET ALYSSUM
POPPY
SUNFLOWER
ZINNIA
CLEOME
HELIOTROPE
TO HELP SAVE BEES
HANNAH ROSENGREN