# Exhibit 1

# 001 qinyuanfuzhuang

17/10/2025, 12:44 Amazon.com: YoyaVex Vintage Plant These Knowledge Metal Sign Wall Deocr 12x8 Inch Home Kitchen Bar Pub Art Farm Garage…

amazon Deliver to Chicago 60604 | Vintage+Metal+Tin+Sign+Plant+These+Knowledge+Retro+Poster+Plaque+Wall+Art+Decor+for+Home+Bedroom+People+Cave+Bathroo | EN | Hello, Account & Lists | Returns & Orders | 0

All | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Amazon Basics | Buy Again | Pet Supplies | Audible | Browsing History | Subscribe & Save | Handmade | Pharmacy | Books | Kindle Books | Sell

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques




Click to see full view

YoyaVex Vintage Plant These Knowledge Metal Sign Wall Deocr 12x8 Inch Home Kitchen Bar Pub Art Farm Garage Garden Poster

Brand: YoyaVex
Search this page

$8.99

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Color: HQY-SIGN-CC4

Size: 12"L x 8"W (30x20 CM)

12"L x 8"W (30x20 CM) | 16"L x 12"W (40x30 CM)

- 1:Metal Poster Size Diversification: 8x12 Inch 12x16 Inch
- 2:Decorated With High-Quality Metal Sign, The Surface Is Smooth, The Printing Quality Is High, The Patterns Are Clear, The Colors Are Bright, And The Markings Are Durable.
- 3:Easy To Decorate. Indoors, They Can Be Easily Fixed With Tape Or Nails And Placed On Walls, Living Rooms, Kitchens, Or Bathrooms. Fixing With Straps Or Ropes Outdoors And Placing Garden Farm Fences Are Both Good Choices!
- 4:The Perfect Gift. It Can Add Color To Your Walls. Make You More Personalized, Humorous, And Interesting. You Can Also Give It To Friends, Colleagues, And Family, It Can Make You Full Of Joy.
- 5:Welcome To Purchase Vintage Metal Tin Sign, We Offer 24-Hour Service. If You Have Any Questions, Please Feel Free To Contact Us And We Will Handle Them As Soon As Possible.

$8.99

$4.98 delivery November 3 - 17. Details

Deliver to [redacted] - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller qinyuanfuzhuang

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

17/10/2025, 12:45 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to [redacted]** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Visa [redacted]** Change

Use a gift card, voucher, or promo code

Special Offer

**[redacted] we're giving you Prime free for 30 days.** Try Prime free for 30 days

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days. Cancel anytime.

**Arriving Nov 3, 2025 - Nov 17, 2025**



YoyaVex Vintage Plant These Knowledge Metal Sign Wall Deocr 12x8 Inch Home Kitchen Bar Pub Art Farm Garage Garden Poster
$8.99
Ships from qinyuanfuzhuang
Sold by qinyuanfuzhuang

1

Gift options not available

Monday, Nov 3 - Monday, Nov 17
$4.98 - Delivery

Place your order **Order total: $14.89**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $8.99
Shipping & handling
Estimated tax to be
Order total:

# VA 1-931-778




"Plant These to Help Save Bees - Updated Version" © Hannah Rosengren
VA 1-931-778
Year of Completion: 2013
Effective Date of Registration: June 06, 2014

# Order Summary

Order placed November 28, 2025 Order # 112-4198279-2405009

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $8.99 |
| Shipping & Handling: | $4.98 |
| Total before tax: | $13.97 |
| Estimated tax to be collected: | $0.92 |
| **Grand Total:** | **$14.89** |

## Arriving December 15 - January 5



YoyaVex Vintage Plant These Knowledge Metal Sign Wall Deocr 12x8 Inch Home Kitchen Bar Pub Art Farm Garage Garden Poster

Sold by: qinyuanfuzhuang

Supplied by: Other

$8.99

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

## 002 JunTaLvYouDian

10/24/25, 12:25 AM Amazon.com : Metal Poster Plaque Plant These to Help Save Bee - Knowlegde Multisize Wall Art Poster Vintage Wall Home Dec…

amazon Deliver to Chicago 60604 | All | Plant These To Help Save Bees poster | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Amazon Basics | Groceries | Pharmacy | Home Improvement | Customer Service | Buy Again | 06:34:21

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | amazon pharmacy

**Your Prime membership is paused due to a billing issue**
Rejoin with a valid payment method to regain access to your Prime benefits. | Update payment method

Home & Kitchen › Wall Art › Posters & Prints




Click to see full view



Metal Poster Plaque Plant These to Help Save Bee - Knowlegde Multisize Wall Art Poster Vintage Wall Home Decor 12x12 Inch
Brand: Bodyard

$9.98

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| Color | 18 |
| Brand | Bodyard |
| Material | Metal |
| Theme | Vintage |
| Mounting Type | Wall Mount |

**About this item**

- SIZE:this tin signs size 12x12 Inch (30cm x 30cm)
- EASY TO INSTALLATION: Pre-drilled holes for easy hanging to save time.
- Easy to hang: The pre-drilled holes can be installed on the wall with nails on the 4 corners or double-sided tape.
- Features: The tin sign is printed, it is not really rusty, and it is printed with waterproof and anti-glare high-definition digital printing ink. It needs more authentic retro impressions. Regardless of sunlight, rain or other extreme weather, the metal tin logo will not fade.
- A wonderful piece to add to your bar,Restaurant,kitchen,coffee house or home

› See more product details

$9.98
$4.98 delivery **November 4 - 14.** Details
Deliver to [redacted] - Chicago 60604
Only 18 left in stock - order soon.
Quantity: 1
Add to Cart
Buy Now

| | |
|---|---|
| Shipper / Seller | JunTaLvYouDian |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more
Add to List

10/24/25, 12:26 AM Place Your Order - Amazon Checkout

amazon Secure checkout | Cart

**Delivering to** [redacted] | Change
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] | Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

Special Offer
[redacted] **we're giving you a 7-day trial of Prime for only $1.99** | Join Prime
Free delivery, award-winning TV, exclusive deals, and more

**Arriving Nov 4, 2025 - Nov 14, 2025**



Metal Poster Plaque Plant These to Help Save Bee - Knowlegde Multisize Wall Art Poster Vintage Wall Home Decor 12x12 Inch
**$9.98**
Ships from JunTaLvYouDian
Sold by JunTaLvYouDian

1

Gift options not available

Tuesday, Nov 4 - Friday, Nov 14 $4.98

[redacted] enjoy a 7-day trial of Prime for only $1.99!
Join Prime

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $9.98 |
| Shipping & handling: | $4.98 |
| Estimated tax to be collected: | |
| **Order total:** | |

Place your order | **Order total: $15.98**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

# VA 1-931-778




"Plant These to Help Save Bees - Updated Version" © Hannah Rosengren
VA 1-931-778
Year of Completion: 2013
Effective Date of Registration: June 06, 2014

# Order Summary

Order placed November 28, 2025 Order # 112-5414520-9811402

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.98 |
| Shipping & Handling: | $4.98 |
| Total before tax: | $14.96 |
| Estimated tax to be collected: | $1.02 |
| **Grand Total:** | **$15.98** |

## Arriving December 10 - December 19



Metal Poster Plaque Plant These to Help Save Bee - Knowlegde Multisize Wall Art Poster Vintage Wall Home Decor 12x12 Inch

Sold by: JunTaLvYouDian

Supplied by: Other

$9.98

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

# 003 洪宇小店

16/09/2025, 11:39 Amazon.com: Save The Bee By Planting Flower Flower Knowledge For Gardening Retro Metal Tin Sign 8X12 Inches : Patio, ...

amazon | Deliver to Chicago 60604 | Garden & Outdoor | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0

All | Join Prime | Amazon Haul | Books | Early Prime Deals | Same-Day Delivery | Medical Care | Luxury Stores | Amazon Basics | Buy Again | Pet Supplies | Prime Big Deal Days is October 7-8

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon business Level up your business tech ▸

Patio, Lawn & Garden › Outdoor Décor › Plaques & Wall Art




Click to see full view



## Save The Bee By Planting Flower Flower Knowledge For Gardening Retro Metal Tin Sign 8X12 Inches

Brand: Yelenacca

$8.89

Apply for Amazon Visa and get a $50 Gift Card upon approval. Find out how

- Material:Made of high-quality tin/metal iron
- NO FADING:The tin sign is printed with Waterproof, Non-glare, Clean simple and Colorfast.- Creative, contracted, fashionable design.
- Each tin sign will put into a bag, we will package well for each item so that you will receive the package without damage. Please contact us if you are not satisfied with the metal sign. We will solve all the problems with your satisfaction in 24 hours
- Applicable scenarios:These Retro Tin Signs Are Interesting And Attractive Decorations For Your House, Garden, Cafes,Office, Bar, Restaurant, Dormitory, Mansion Or Garage, campus,Clubs, Billiard Rooms,hotel, restaurant, bar, bedroom, living room.
- Welcome To Our Product Now!click "add To Cart" To Buy Now! You Will Love It!If You Have Any Questions, Please Contact Us

› See more product details

Report an issue with this product or seller

$8.89

$4.65 delivery September 25 - October 6. Details

Deliver to [redacted] - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Shipper / Seller 洪宇小店

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

Looking for specific info?

Ask Rufus or search reviews and Q&A

Sponsored

16/09/2025, 11:40 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Visa** [redacted]

Use a gift card, voucher, or promo code

Change

Try Prime Free

[redacted] **we're giving you Prime free for 30 days.**

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

**Arriving Sep 25, 2025 - Oct 6, 2025**



Save The Bee By Planting Flower Flower Knowledge For Gardening Retro Metal Tin Sign 8X12 Inches

$8.89

Ships from 洪宇小店

Sold by 洪宇小店

1

Gift options not available

Thursday, Sep 25 - Monday, Oct 6

$4.65 - Delivery

Place your order

**Order total: $14.45**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $8.89

Shipping & han...

Estimated tax ...

Order tot...

# VA 1-931-778




"Plant These to Help Save Bees - Updated Version" © Hannah Rosengren
VA 1-931-778
Year of Completion: 2013
Effective Date of Registration: June 06, 2014

# Order Summary

Order placed November 28, 2025 Order # 112-1715679-9138657

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $8.89 |
| Shipping & Handling: | $6.88 |
| Total before tax: | $15.77 |
| Estimated tax to be collected: | $0.91 |
| **Grand Total:** | **$16.68** |

## Arriving December 10 - December 19



Save The Bee By Planting Flower Flower Knowledge For Gardening Retro Metal Tin Sign 8X12 Inches

Sold by: 洪宇小店

Supplied by: Other

$8.89

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# 004 wanyujiewangmao32

16/09/2025, 11:44 Amazon.com: Vintage Metal Tin Sign Plant These Knowledge Retro Poster Plaque Wall Art Decor for Home Bedroom People ...




16/09/2025, 11:45 Place Your Order - Amazon Checkout




**VA 1-931-778**




"Plant These to Help Save Bees - Updated Version" © Hannah Rosengren
VA 1-931-778
Year of Completion: 2013
Effective Date of Registration: June 06, 2014

# Order Summary

Order placed November 28, 2025 Order # 112-9050134-3987403

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $7.89 |
| Shipping & Handling: | $12.74 |
| Total before tax: | $20.63 |
| Estimated tax to be collected: | $0.81 |
| **Grand Total:** | **$21.44** |

## Arriving December 12 - December 23



Vintage Metal Tin Sign Plant These Knowledge Retro Poster Plaque Wall Art Decor for Home Bedroom People Cave Bathroom Living Room Cafe Kitchen 8x12 Inches

Sold by: wanyujiewangmao32

Supplied by: Other

$7.89

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# 005 UniqueCustomDIYShop

16/09/2025, 11:49 Amazon.com: Wall Decor Retro Metal Signs Plant These To Help Save Bees Men Cave Courtyard Decor Classic Plaque Outd…




16/09/2025, 11:50 Place Your Order - Amazon Checkout




## VA 1-931-778




"Plant These to Help Save Bees - Updated Version" © Hannah Rosengren
VA 1-931-778
Year of Completion: 2013
Effective Date of Registration: June 06, 2014

# Order Summary

Order placed November 28, 2025 Order # 112-0851366-6546630

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $13.60 |
| Shipping & Handling: | $7.30 |
| Total before tax: | $20.90 |
| Estimated tax to be collected: | $1.39 |
| **Grand Total:** | **$22.29** |

## Arriving December 12 - December 19



Wall Decor Retro Metal Signs Plant These To Help Save Bees Men Cave Courtyard Decor Classic Plaque Outdoor Farm Wall Decor Metal Aluminum Poster 12 x 16 inch

Sold by: UniqueCustomDIYShop

Supplied by: Other

$13.60

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

006 dongzhuo99

16/09/2025, 11:53 Amazon.com: To Help Save Bees Canvas Wall Art Frameless Poster For Science Classroom Infographic Decorative Door Wa…




16/09/2025, 11:55 Place Your Order - Amazon Checkout




**VA 1-931-778**




"Plant These to Help Save Bees - Updated Version" © Hannah Rosengren
VA 1-931-778
Year of Completion: 2013
Effective Date of Registration: June 06, 2014

# Order Summary

Order placed November 28, 2025 Order # 112-1624117-7934633

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $5.96 |
| Shipping & Handling: | $12.68 |
| Total before tax: | $18.64 |
| Estimated tax to be collected: | $0.61 |
| **Grand Total:** | **$19.25** |

## Arriving December 12 - December 23



Starotore To Help Save Bees Canvas Wall Art Frameless Poster For Science Classroom Infographic Decorative Door Wall School Farm Hospital Wall Decor 8x12inch

Sold by: dongzhuo99

Supplied by: Other

$5.96

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

007 shaoshandian78

16/09/2025, 12:18 Amazon.com: Youpinnong To Help Save Bees Canvas Painting Prints Wall Art Vintage Farmhouse Decor Frameless Poster S...




16/09/2025, 12:19 Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to [redacted]**
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Visa [redacted]**
Use a gift card, voucher, or promo code
Change

Try Prime Free
**[redacted] we're giving you Prime free for 30 days.**
Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.
Try Prime free for 30 days
Cancel anytime.

**Arriving Sep 26, 2025 - Oct 8, 2025**

Youpinnong To Help Save Bees Canvas Painting Prints Wall Art Vintage Farmhouse Decor Frameless Poster Science Classroom Infographic Decorative Wall School Farm Wall Decor 8x12inch
**$6.84**
Ships from shaoshandian78
Sold by shaoshandian78

1

Gift options not available

Friday, Sep 26 - Wednesday, Oct 8
$12.62 - Delivery

Place your order
**Order total: $20.16**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Try Prime free

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $6.84 |
| Shipping & han | |
| Estimated tax t | |
| **Order tot** | |

# VA 1-931-778




"Plant These to Help Save Bees - Updated Version" © Hannah Rosengren
VA 1-931-778
Year of Completion: 2013
Effective Date of Registration: June 06, 2014

# Order Summary

Order placed November 28, 2025 Order # 112-1659399-7954655

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.84 |
| Shipping & Handling: | $12.62 |
| Total before tax: | $19.46 |
| Estimated tax to be collected: | $0.70 |
| **Grand Total:** | **$20.16** |

## Arriving December 12 - December 23



Youpinnong To Help Save Bees Canvas Painting Prints Wall Art Vintage Farmhouse Decor Frameless Poster Science Classroom Infographic Decorative Wall School Farm Wall Decor 8x12inch

Sold by: shaoshandian78

Supplied by: Other

$6.84

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

## 008 puyangxianxinlongnongzuowuzhongzhi

9/23/25, 11:24 AM Amazon.com: Curteny Canvas Poster Canvas Painting Plant These To Help Save Bee - Knowlegde Multisize Wall Art Poster Canv…

amazon Deliver to O Chicago 60604 | All | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Off to College | Early Prime Deals | Same-Day Delivery | Medical Care | Books | Luxury Stores | Groceries | Amazon Basics | Customer Service | Thursday: Seahawks vs. Cardinals

Family feasts in minutes ›

Home & Kitchen › Wall Art › Posters & Prints




Click to see full view

Ask Rufus

What rooms would this poster look good in? | Is it printed on canvas? | Can it be hung without a frame?

Ask something else

**Curteny Canvas Poster Canvas Painting Plant These To Help Save Bee - Knowlegde Multisize Wall Art Poster Canvas Art Poster and Wall Art Picture Print Modern Family Bedroom Decor Posters 8x10 inch**

Brand: Curteny

Find specific info

$7.99

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

- Unframed canvas wall art painting. SIZE:8 x 12 inches,12 X 18 inches
- Our artwork is printed without frames, so you can choose the best hanging method that matches the decoration.
- High definition superior inject machinery printing on good quality canvas,waterproof,non-fading for more than 50 years. Perfect home decor, holiday and gift idea for your friends, families and relatives.
- The perfect wall decoration oil painting is suitable for decoration of living room, bedroom, kitchen, office, hotel, restaurant, bathroom, bar, bar, club and other places. Dedicated to the important people in life: mother, sister, best friend, relative, boss, wife, etc. These frameless wall decorations will bring you endless gifts. Exquisite gifts can be used for birthdays, anniversaries, Halloween, Easter, Christmas, housewarming banquets, etc.
- A perfect choice for wall decor, home decorations or office decorations, a great gift idea for your relatives and friends.

› See more product details

Report an issue with this product or seller



$7.99

$5.66 delivery **October 2 - 14.** Details

Deliver to O - Chicago 60604

Only 18 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from puyangxianxinlongnongzuowuzhongzhi

Sold by puyangxianxinlongnongzuowuzhongzhi

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

9/23/25, 11:25 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to [redacted]**
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with American Express [redacted]**
Use a gift card, voucher, or promo code
Change

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

Special Offer
**O, we're giving you a 7-day trial of Prime for only $1.99**
Free delivery, award-winning TV, exclusive deals, and more
Join Prime

**Arriving Oct 2, 2025 - Oct 14, 2025**



Curteny Canvas Poster Canvas Painting Plant These To Help Save Bee - Knowlegde Multisize Wall Art Poster Canvas Art Poster and Wall Art Picture Print Modern Family Bedroom Decor Posters 8x10 inch
**$7.99**
Ships from puyangxianxinlongnongzuowuzhongzhi
Sold by puyangxianxinlongnongzuowuzhongzhi

1

Gift options not available

Thursday, Oct 2 - Tuesday, Oct 14 $5.66

Place your order | **Order total: $14.47**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

O, enjoy a 7-day trial of Prime for only $1.99!
Join Prime

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $7.99
Shipping & handling: $5.66
Estimated tax to be collected:
**Order total:**

# VA 1-931-778




"Plant These to Help Save Bees - Updated Version" © Hannah Rosengren
VA 1-931-778
Year of Completion: 2013
Effective Date of Registration: June 06, 2014

# Order Summary

Order placed November 28, 2025 Order # 112-7520833-6269041

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $7.99 |
| Shipping & Handling: | $5.66 |
| Total before tax: | $13.65 |
| Estimated tax to be collected: | $0.82 |
| **Grand Total:** | **$14.47** |

## Arriving December 10 - December 19



Curteny Canvas Poster Canvas Painting Plant These To Help Save Bee - Knowlegde Multisize Wall Art Poster Canvas Art Poster and Wall Art Picture Print Modern Family Bedroom Decor Posters 8x10 inch

Sold by: puyangxianxinlongnongzuowuzhongzhi

Supplied by: Other

$7.99

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

# 009 RICH-WOOD-SIGN

9/24/25, 11:40 PM Amazon.com : Garden Poster Tin Sign Plant These to Help Save The Bees Vintage Garden Farm Courtyard Bar Family Restaura...

We are unable to charge you for Prime due to insufficient funds

Add a valid payment method in 8 days to avoid losing your Prime benefits.

Please update your payment method



Click to see full view

Garden Poster Tin Sign Plant These to Help Save The Bees Vintage Garden Farm Courtyard Bar Family Restaurant Kitchen Garage Bedroom Wall Decoration 8x12 Inches

Brand: Gauaki

$5.16

Did you know? There's no annual fee for Prime Visa. **Get a $150 Amazon Gift Card instantly upon approval.** Learn more

Report an issue with this product or seller

$5.16

$11.92 delivery **October 6 - 17.** Details

Deliver to [redacted] - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from RICH-WOOD-SIGN

Sold by RICH-WOOD-SIGN

Returns 30-day refund/replacement

Customer service Amazon

See more

Add to List

Other sellers on Amazon

New (2) from $5.16 + $11.92 shipping

Ask Rufus

What material is it made of? | Can it be hung outdoors? | Is it weather resistant?

Ask something else

9/24/25, 11:41 PM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to [redacted]**

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard [redacted]**

Use a gift card, voucher, or promo code

Change

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $5.16 |
| Shipping & handling: | $11.92 |
| Estimated tax to be collected:* | $0.53 |
| **Order total:** | **$17.61** |

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

**Arriving Oct 6, 2025 - Oct 17, 2025**



Garden Poster Tin Sign Plant These to Help Save The Bees Vintage Garden Farm Courtyard Bar Family Restaurant Kitchen Garage Bedroom Wall Decoration 8x12 Inches

$5.16

Ships from RICH-WOOD-SIGN

Sold by RICH-WOOD-SIGN

Gift options not available

**Monday, Oct 6 - Friday, Oct 17** $11.92

Place your order

**Order total: $17.61**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

# VA 1-931-778




"Plant These to Help Save Bees - Updated Version" © Hannah Rosengren
VA 1-931-778
Year of Completion: 2013
Effective Date of Registration: June 06, 2014

# Order Summary

Order placed November 28, 2025    Order # 112-5344120-4093844

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $5.16 |
| Shipping & Handling: | $11.92 |
| Total before tax: | $17.08 |
| Estimated tax to be collected: | $0.53 |
| **Grand Total:** | **$17.61** |

## Arriving December 11 - December 22

Garden Poster Tin Sign Plant These to Help Save The Bees Vintage Garden Farm Courtyard Bar Family Restaurant Kitchen Garage Bedroom Wall Decoration 8x12 Inches

Sold by: RICH-WOOD-SIGN

Supplied by: Other

$5.16

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

## 010 Ruichun business

9/24/25, 11:43 PM Amazon.com : Retro Nostalgic Metal Sign Plant These to Help Save Bees Plaque Decorating The Tin Sign of Cafe Bar Club 8x12 ...

We are unable to charge you for Prime due to insufficient funds

Add a valid payment method in 8 days to avoid losing your Prime benefits

Please update your payment method



Click to see full view

**Retro Nostalgic Metal Sign Plant These to Help Save Bees Plaque Decorating The Tin Sign of Cafe Bar Club 8x12 Inches**

Brand: PFFINE

Search or ask

$11.99

Did you know? There's no annual fee for Prime Visa. **Get a $150 Amazon Gift Card instantly upon approval.** Learn more

Color: **Cafe2**

$11.99 | 1 option from $11.99 | 1 option from $11.99 | 1 option from $11.99 | 1 option from $11.99

Size: **8inch*12inch**

8inch*12inch | 12L" x 16W" | 12inch*16inch

- Size:30x30cm(8x12inch),30x40cm(12x16inch)
- Material : These Are High Quality Thick Metal Tin Sign, 100% Brand New And Have A Vintage Appearance.
- Waterproof, Non-Glare, Clean Simple And Colorfast. Creative, Contracted, Fashionable Design
- Easy To Install: The Vintage Metal Tin Signs Are Pre-Drilled With 4 Holes In Each Corner To Facilitate Hanging And Save Time, You Can Install It On The

$11.99

$6 delivery **October 9 - 22.** Details

Or fastest delivery **October 3 - 8.** Details

Deliver to [redacted] - Chicago 60604

In stock

Usually ships within 4 to 5 days.

Quantity: 1

Add to Cart

Buy Now

Ships from Ruichun business

Sold by Ruichun business

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

9/24/25, 11:43 PM Place Your Order - Amazon Checkout

Secure checkout

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

**Arriving Oct 9, 2025 - Oct 22, 2025**

Retro Nostalgic Metal Sign Plant These to Help Save Bees Plaque Decorating The Tin Sign of Cafe Bar Club 8x12 Inches

**$11.99**

Ships from Ruichun business

Sold by Ruichun business

Gift options not available

Friday, Oct 3 - Wednesday, Oct 8 $40.00

Thursday, Oct 9 - Wednesday, Oct 22 $6.00

Place your order

**Order total: $19.22**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $11.99 |
| Shipping & handling: | $6.00 |
| Estimated tax to be collected:* | $1.23 |
| **Order total:** | **$19.22** |

# VA 1-931-778




"Plant These to Help Save Bees - Updated Version" © Hannah Rosengren
VA 1-931-778
Year of Completion: 2013
Effective Date of Registration: June 06, 2014

# Order Summary

Order placed November 28, 2025 Order # 112-5157898-6525010

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $11.99 |
| Shipping & Handling: | $6.00 |
| Total before tax: | $17.99 |
| Estimated tax to be collected: | $1.23 |
| **Grand Total:** | **$19.22** |

## Arriving December 16 - December 30



Retro Nostalgic Metal Sign Plant These to Help Save Bees Plaque Decorating The Tin Sign of Cafe Bar Club 8x12 Inches

Sold by: Ruichun business

Supplied by: Other

$11.99

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

## 011 xinzhengshihongdajiankangguanlifuwu

10/13/25, 12:50 PM Amazon.com: Plant Flower Metal Tin Signage Shape Color Guide Picture Poster Signage Information Picture for Pet Shop Gard...

amazon Deliver to Chicago 60604 | All | Plant Flower Metal Tin Signage Shape Color Guide Picture Poster Signage | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Amazon Basics | Groceries | Pharmacy | Home Improvement | Customer Service | Buy Again | Pet Supplies | Amazon Business | Browsing History

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Prime members save up to 80% on meds | amazon pharmacy

**Your Prime membership is paused due to a billing issue**

Rejoin with a valid payment method to regain access to your Prime benefits. | Update payment method



Click to see full view



Plant Flower Metal Tin Signage Shape Color Guide Picture Poster Signage Information Picture for Pet Shop Garden Farm Home Zoo Wall Decoration of Cafe Bar Club Gift 8x12 Inch

Brand: Mjfhkajiag

$9.89

Report an issue with this product or seller

$9.89

$3.98 delivery October 23 - November 3. Details

Deliver to [redacted] - Chicago 60604

Only 6 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from xinzhengshihongdajiankangguanlifuwu

Sold by xinzhengshihongdajiankangguanlifuwu

Returns 30-day refund/replacement

Payment Secure transaction

See more

Add to List

Ask Rufus

Can it be hung outdoors? | Is this sign weatherproof? | What rooms is this good for?

---

10/13/25, 12:51 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you a 7-day trial of Prime for only $1.99 | Join Prime

Free delivery, award-winning TV, exclusive deals, and more

**Arriving Oct 23, 2025 - Nov 3, 2025**



Plant Flower Metal Tin Signage Shape Color Guide Picture Poster Signage Information Picture for Pet Shop Garden Farm Home Zoo Wall Decoration of Cafe Bar Club Gift 8x12 Inch

$9.89

Ships from xinzhengshihongdajiankangguanlifuwu

Sold by xinzhengshihongdajiankangguanlifuwu

1

Gift options not available

Thursday, Oct 23 - Monday, Nov 3

$3.98 - Delivery

Place your order | **Order total: $14.88**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

[redacted] enjoy a 7-day trial of Prime for only $1.99! | Join Prime

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $9.89

Shipping & handling: $3.98

Estimated tax to be collected:

**Order total:**

# VA 1-931-778




"Plant These to Help Save Bees - Updated Version" © Hannah Rosengren
VA 1-931-778
Year of Completion: 2013
Effective Date of Registration: June 06, 2014

# Order Summary

Order placed November 28, 2025 Order # 112-7972717-4323414

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $9.89 |
| Shipping & Handling: | $3.98 |
| Total before tax: | $13.87 |
| Estimated tax to be collected: | $1.01 |
| **Grand Total:** | **$14.88** |

## Arriving December 11 - December 22



Plant Flower Metal Tin Signage Shape Color Guide Picture Poster Signage Information Picture for Pet Shop Garden Farm Home Zoo Wall Decoration of Cafe Bar Club Gift 8x12 Inch

Sold by: xinzhengshihongdajiankangguanlifuwu

Supplied by: Other

$9.89

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

## 012 tikomo

10/16/25, 1:15 PM Amazon.com : Plant These to Help Save Bees Retro Metal Signs Men Cave Courtyard Decor Classic Plaque Outdoor Farm Wall ...

amazon Deliver to O Chicago 60604 | All | Plant These to Help Save Bee tin sign | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Luxury | Books | Groceries | Amazon Basics | Custom Products | Today's Deals | Customer Service | Buy Again | Pet Supplies | Browsing History

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon business Buy more & save more this holiday ›

Patio, Lawn & Garden › Outdoor Décor › Plaques & Wall Art




Click to see full view



Ask Rufus

Can it be hung outdoors? | Is this sign weatherproof? | What material is it made of?

Ask something else

**Plant These to Help Save Bees Retro Metal Signs Men Cave Courtyard Decor Classic Plaque Outdoor Farm Wall Decor Metal Aluminum Poster 6x8 Inch**

Brand: NIAYE

$4.88

Get $60 off instantly: Pay $0.00 ~~$4.88~~ upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Color | Tin 1 |
| Brand | NIAYE |
| Shape | Rectangular |

### About this item

- SIZE： 6x8 Inch or 8x12 Inch metal sign.
- HIGH QUALITY, LONG LASTING： The tin signs use the special first-class material which is made from 100% rust free strong aluminum so that it will not easily bent or fading in our daily life in spite of indoor or outdoor using.
- CAREFUL PACKAGE： All of our products arrived in a exquisite package that ensured it wouldn't get bent, and it is a good choice for your home decoration or as a gift to your family or friends.
- EASY TO INSTALL： Pre-drilled holes for easy hanging, it can be mounted with double-sided foam tape,command strips or nails. No need for adhesive or special equipment.The tin sign you can add it to anywhere you like.
- CUSTOMER SATISFACTION： We put the customer in the priority status and we provide complete after-sale service. If there have any question which is about our product, just contact us and we will provide timely and satisfactory reply.

› See more product details

Report an issue with this product or seller

$4.88

$6.88 delivery **October 20 - 22**. Details

Deliver to O - Chicago 60604

In Stock

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | tikomo |
| Sold by | tikomo |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

Sponsored

---

10/16/25, 1:16 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to** [redacted]
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with American Express** [redacted]
Use a gift card, voucher, or promo code
Change

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
**O, we're giving you a 7-day trial of Prime for only $1.99** Join Prime
Free delivery, award-winning TV, exclusive deals, and more

**Arriving Oct 20, 2025 - Oct 22, 2025**



Plant These to Help Save Bees Retro Metal Signs Men Cave Courtyard Decor Classic Plaque Outdoor Farm Wall Decor Metal Aluminum Poster 6x8 Inch
**$4.88**
Ships from tikomo
Sold by tikomo

1

Gift options not available

● Monday, Oct 20 - Wednesday, Oct 22 $6.88

Place your order **Order total: $12.26**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

O, enjoy a 7-day trial of Prime for only $1.99!
Join Prime

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $4.88 |
| Shipping & handling: | $6.88 |
| Estimated tax to be collected: | |
| **Order total:** | |

# VA 1-931-778




"Plant These to Help Save Bees - Updated Version" © Hannah Rosengren
VA 1-931-778
Year of Completion: 2013
Effective Date of Registration: June 06, 2014

# Order Summary

Order placed November 28, 2025    Order # 112-3817881-6801827

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $4.99 |
| Shipping & Handling: | $6.98 |
| Total before tax: | $11.97 |
| Estimated tax to be collected: | $0.51 |
| **Grand Total:** | **$12.48** |

## Arriving December 8 - December 10



Plant These to Help Save Bees Retro Metal Signs Men Cave Courtyard Decor Classic Plaque Outdoor Farm Wall Decor Metal Aluminum Poster 6x8 Inch

Sold by: tikomo

Supplied by: Other

$4.99

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

## 013 baofengxiantengdazhuangshigongcheng

10/24/25, 12:28 AM Amazon.com: Plant These To Help Save Bees Vintage Retro Personalized Tin Sign Cafe Wall Decor Metal Sign Gifts for Friends ...

amazon Deliver to Chicago 60604 | All | Plant+These+To+Help+Save+Bees+poster | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Amazon Basics | Groceries | Pharmacy | Home Improvement | Customer Service | Buy Again | 06:31:37

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon renewed Save on pre-loved laptops

**Your Prime membership is paused due to a billing issue**
Rejoin with a valid payment method to regain access to your Prime benefits. Update payment method

Home & Kitchen › Home Décor Products › Home Décor Accents › Decorative Accessories › Decorative Signs & Plaques



Click to see full view

Plant These To Help Save Bees Vintage Retro Personalized Tin Sign Cafe Wall Decor Metal Sign Gifts for Friends Families and Holiday 8 x 12 Inch
Brand: TulenRui

$8.99

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Color: as pic17

$8.99 $8.99 $8.99 $8.99 $8.99
$8.99 $8.99 $8.99 $8.99 $8.99

‹ Previous 1 2 Next ›

Size: 8*12 inch

| | |
|---|---|
| Color | as pic17 |
| Brand | TulenRui |
| Material | Tin |
| Theme | Art |

$8.99
$5 delivery October 28 - 30. Details
Deliver to [redacted] - Chicago 60604
Only 6 left in stock - order soon.
Quantity: 1
Add to Cart
Buy Now
Shipper / Seller baofengxiantengdazhuangshigongcheng
Returns 30-day refund/replacement
Payment Secure transaction
See more
Add to List

10/24/25, 12:29 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to [redacted]**
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions Change

**Paying with Mastercard [redacted]**
Use a gift card, voucher, or promo code Change

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method.

Special Offer
[redacted] we're giving you a 7-day trial of Prime for only $1.99 Join Prime
Free delivery, award-winning TV, exclusive deals, and more

**Arriving Oct 28, 2025 - Oct 30, 2025**

Plant These To Help Save Bees Vintage Retro Personalized Tin Sign Cafe Wall Decor Metal Sign Gifts for Friends Families and Holiday 8 x 12 Inch
$8.99
Ships from baofengxiantengdazhuangshigongcheng
Sold by baofengxiantengdazhuangshigongcheng
1
Gift options not available

Tuesday, Oct 28 - Thursday, Oct 30 $5.00

Place your order **Order total: $14.91**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

[redacted] enjoy a 7-day trial of Prime for only $1.99! Join Prime
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Items: $8.99
Shipping & handling: $5.00
Estimated tax to be collected:
**Order total:**

# VA 1-931-778




"Plant These to Help Save Bees - Updated Version" © Hannah Rosengren
VA 1-931-778
Year of Completion: 2013
Effective Date of Registration: June 06, 2014

# Order Summary

Order placed November 28, 2025    Order # 112-6786696-5036269

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $8.99 |
| Shipping & Handling: | $5.00 |
| Total before tax: | $13.99 |
| Estimated tax to be collected: | $0.92 |
| **Grand Total:** | **$14.91** |

## Arriving December 10 - December 12



Plant These To Help Save Bees Vintage Retro Personalized Tin Sign Cafe Wall Decor Metal Sign Gifts for Friends Families and Holiday 8 x 12 Inch

Sold by: baofengxiantengdazhuangshigongcheng

Supplied by: Other

$8.99

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

## 014 GoodlW

9/17/25, 12:46 PM — Plant These to Help Save Bees Metal tin Sign Retro Flower Plant Metal tin Sign Wall Art Rustic Tray Plaque Garden House Sign S...

Pickup or delivery? 2011 Nevada Blvd | Search Walmart | Reorder My Items | Hi, OOO Account | $0.00

Get it Fast | New Arrivals | Halloween | Pharmacy | Rollbacks & More | Fall Home | Baby Event | Dinner Made Easy | My Items | Auto Service | Only at Walmart | Walmart+




Unbranded

**Plant These to Help Save Bees Metal tin Sign Retro Flower Plant Metal tin Sign Wall Art Rustic Tray Plaque Garden House Sign Size: 8 x 12 Inches**

No ratings yet

Size: 0.15KG

0.15KG $15.49

**About this item**

- Size: 8x12 Inches. This tin sign vintage decorative painting is manufactured with folded edges for safety and stability.
- Metal paintings appear to have the effect of rust, it is printed up, not really rusty, please note that slight color difference due to the light, the color may show a little different.
- Home decor can come in many different styles from modern to nostalgic and we aim to provide the home with a number of different selections with tin signs.

View full item details

**At a glance**

| Brand | Material | Color |
|---|---|---|
| Unbranded | Metal | silvery |
| **Count** | **Condition** | **Decor style** |
| 1 | New | Art Deco |

View all specifications

**$15.49**

Price when purchased online

Free shipping | Free 30-day returns

Buy now

Add to cart

How you'll get this item:

Shipping Arrives Oct 4 Free | Pickup Not available | Delivery Not available

This isn't your preferred address. Is this right?

2011 Nevada Blvd Change

Arrives by Sat, Oct 4 | More options

Sold and shipped by GoodlW

(4.1) 25 seller reviews

Free 30-day returns Details

Add to list | Add to registry

Report: Report seller

Report suspected stolen goods (to CA Attorney General)

---

9/17/25, 12:48 PM — Review your order - Walmart.com

**Free shipping, arrives by Fri, Oct 3**

OO OOO — Edit
111 W Jackson Blvd, Chicago, IL 60604

**Delivery instructions (optional)** — Edit

House

**Items details** — Hide details

**Arrives by Fri, Oct 3** — 1 item

Sold and shipped by GoodlW
Free shipping

Plant These to Help Save Bees Metal tin Sign Retro Flower Plant Metal tin Sign Wall Art Rustic Tray Plaqu...
Size: 0.15KG

$15.49

Remove — 1

**Payment method**

**Place order for $17.08**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $15.49 |
| Shipping | Free |
| **Estimated taxes** | $1.59 |
| **Estimated** | |

Have a promo c

# VA 1-931-778




"Plant These to Help Save Bees - Updated Version" © Hannah Rosengren
VA 1-931-778
Year of Completion: 2013
Effective Date of Registration: June 06, 2014

# Nov 28, 2025 order | Order# 2000140-04000029

Print

Delivery

**Arrives between Wed, Dec 10 - Tue, Dec 16**

Sold and shipped by GoodlW

Placed — Preparing — On the way — Delivered

**1 item**



Plant These to Help Save Bees Metal tin Sign Retro Flower Plant Metal tin Sign Wall Art Rustic Tray...

**$15.49**

Size: 0.15KG

Qty 1

Contact seller to ask about your order

**Need to make a change?**

You won't be able to make changes when your shipment starts being prepared.

Edit payment method

Contact seller

Change delivery address

Cancel delivery

Need more help? Visit our help center.

Delivery

**Address**

[redacted]

111 W Jackson Blvd, 15th floor, Chicago, IL 60604

**Delivery instructions**

Apartment

We'll leave your order at the door

**Payment method**

VISA **Ending in** [redacted]

| | |
|---|---|
| **Subtotal** | **$15.49** |
| Tax | $1.59 |
| **Total** | **$17.08** |

**Charge history**

Your transaction activity for this order

Order# 2000140-04000029

Cancel order