**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

HANNAH MAE ROSENGREN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-14291

Judge Thomas M. Durkin

Magistrate Judge M. David Weisman

**ORDER FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY**

THIS CAUSE being before the Court on Plaintiff HANNAH MAE ROSENGREN's ("Rosengren" or "Plaintiff") Motion for Expedited Discovery (the "Motion") against the Partnerships and Unincorporated Associations ("Defendants") identified in Schedule A to the Complaint and attached hereto (the "Defendant Internet Stores"), and this Court having reviewed the evidence before it hereby GRANTS Plaintiff's Motion as follows.

1. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") and Walmart Inc. ("Walmart") (the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. Defendants' financial accounts, including operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Defendant Internet Stores and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Defendant Internet Stores; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, Walmart, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

Thomas M Durkin

Thomas M. Durkin
United States District Judge

## Schedule A

| No. | Defendants |
|---|---|
| 1 | qinyuanfuzhuang |
| 2 | JunTaLvYouDian |
| 3 | 洪宇小店 |
| 4 | wanyujiewangmao32 |
| 5 | UniqueCustomDIYShop |
| 6 | dongzhuo99 |
| 7 | shaoshandian78 |
| 8 | puyangxianxinlongnongzuowuzhongzhi |
| 9 | RICH-WOOD-SIGN |
| 10 | Ruichun business |
| 11 | xinzhengshihongdajiankangguanlifuwu |
| 12 | tikomo |
| 13 | baofengxiantengdazhuangshigongcheng |
| 14 | GoodlW |